IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JEREMY L. SCHMITZ, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 05-0495-C-MHW |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| KIM JONES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The parties have consented to a United States Magistrate Judge entering final judgment in this matter, in accordance with 28 U.S.C. § 636 (c). (Docket No. 11.)

Based upon the Court's Memorandum Decision and Order, filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment shall be entered in favor of Respondent, and that this cause of action shall be dismissed with prejudice.

DATED: **November 21, 2006**

_____
Honorable Mikel H. Williams
United States Magistrate Judge